DURRETT LANG, LLLP
ADAM G. LANG            9375-0
SHAUNA L. SILVA BELL    7004-0
Davies Pacific Center
841 Bishop Street, Suite 1101
Honolulu, Hawaii 96813
Telephone: (808) 526-0892
Facsimile: (808) 533-4399
E-mail: alang@dmlhawaii.com
E-mail: sbell@dmlhawaii.com

Attorneys for Defendant
JCP Limited Partnership

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD and ESHTER WARD,<br><br>               Plaintiffs,<br><br>      vs.<br><br>JCP LIMITED PARTNERSHIP,<br><br>               Defendant. | CIVIL NO. 17-00441 LEK-RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between the parties herein, by their

respective counsel, that this action is hereby dismissed with prejudice as to all

claims and all parties, pursuant Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules

Civil Procedure and Rule 10.4 of the Local Rules of Practice for the United States

District Court for the District of Hawaii. Each party is to bear his or its own

attorneys' fees and costs in excess of the attorneys' fees and costs included in the settlement.

This stipulation is signed by all parties who have appeared in this action. There are no remaining parties, claims, and/or issues, and all claims and parties are hereby dismissed with prejudice.

DATED: Honolulu, Hawaii, December 28, 2017.

/s/   Adam G. Lang
ADAM G. LANG
SHAUNA L. SILVA BELL
Attorneys for Defendant
JCP LIMITED PARTNERSHIP

DATED: Honolulu, Hawaii, December 28, 2017.

/s/   Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiffs
DANIEL WARD and ESTHER WARD

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
*Daniel Ward and Eshter Ward v. JCP Limited Partnership*; Civil No. CV17-00441; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER